Joseph B. Prussiano, Respondent, v. Sunrise Plastering Corp., et al., Appellants.— In this action on defendants' alleged oral agreement to pay plaintiff 5% of the amount of each contract for plastering work that he would procure for them, defendants appeal from a judgment in plaintiff's favor entered upon the verdict of a jury. Judgment unanimously affirmed, with costs. Under the agreement, each time that defendants elected to accept a proposed contract brought to them by plaintiff there arose a separate obligation on their part to pay him the agreed commission. Neither party, however, was obligated to do anything to bring about another such contract. Since the agreement was one at will and for no definite or specific time and thus by "its terms" did not necessarily extend beyond one year from the time of its making, the Statute of Frauds is inapplicable. (Personal Property Law, § 31, subd. 1; *Nat Nal Service Stations* v. *Wolf*, 304 N. Y. 332; *Rathbone* v. *Mion*, 282 App. Div. 797.) The jury awarded plaintiff a sum equal to the amount of commissions his proof showed he had earned, less payments he received for services which included his securing of the contracts. Therefore, it may not be said that the verdict was a compromise. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ.

■

The People of the State of New York, Respondent, v. Don Coleman, Also Known as Donald Coleman, Appellant.— Order of the County Court, Richmand County, denying appellant's motion in the nature of a writ of error *coram nobis*, affirmed. (*People* v. *Coleman*, 283 App. Div. 875.) Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.

■

The People of the State of New York, Respondent, v. Fred Eversman, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of a violation of section 1140 of the Penal Law (exposure of person), and from the sentence imposed. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

■

The People of the State of New York, Respondent, v. Harold Johnson, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of possession of narcotics (Penal Law, § 1751-a; Public Health Law, § 3305). Judgment affirmed. No opinion. Nolan, P. J., Wenzel, MacCrate and Beldock, JJ., concur; Murphy, J., dissents and votes to reverse the judgment and to dismiss the information on the ground that appellant's guilt was not proved beyond a reasonable doubt.

■

Evelyn J. Shanes et al., Respondents, v. Adolph Trau, Appellant.— In an action to recover damages for injuries to person and property, and for medical expenses and loss of services, judgment in favor of plaintiffs unanimously affirmed with costs. No opinion. Present — Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ.